EXHIBIT 1



(https://firearmslaw.duke.edu)

(https://law.duke.edu/)

Search this website

# Laws of the State of Maine; to Which are Prefixed the Constitution of the U. States and of Said State, in Two Volumes, with an Appendix Page 685-686; Image 272-273 (Vol. 2, 1821) available at The Making of Modern Law: Primary Sources.

Subject(s):

- Manufacturing, Inspection and Sale of Gunpowder and Firearms (https://firearmslaw.duke.edu/subjects/manufacturing-inspection-and-sale-of-gunpowder-and-firearms/)

Jurisdiction(s):

- Maine (https://firearmslaw.duke.edu/jurisdictions/maine/)

Year(s):

- 1821 (https://firearmslaw.duke.edu/years/1821/)

An Act to Provide for the Proof of Firearms, § 1. Be it enacted by the Senate and House of Representatives, in Legislature assembled, That the Governor, by and with the consent of the Council, be, and he hereby is empowered to appoint suitable persons, to be provers of barrels of all new, or unused fire arms; and it shall be the duty of each person so appointed, to prove and try the strength of the barrels of all fire arms which shall be offered him for that purpose, and in such manner as to satisfy himself of the strength of the same; and shall in a permanent manner, mark and number every barrel by him so proved, and make and deliver to the person applying to have the same proved, a certificate for each barrel proved and found good in the form following: I certify that on this ___ day f ___ A.D. 18___ I proved for _____, a musket, pistol, or rifle barrel, (as the case may be) and which is numbered and marked as in the margin, and that the same is good and strong. A.B. Prover of fire arms. § 2. Be it further enacted, That each prover shall be entitled to receive from the person applying to have such barrel proved, twenty five cents, in addition to the expense of the powder necessary for that purpose for each barrel so proved; whether the same shall stand the proof and be marked or not. § 3. Be it further enacted, That if any person shall sell or offer for sale within this State, any new, or unused musket, rifle, or pistol barrel, without having the same first proved, marked, and certified according to the provisions of this Act, he shall forfeit for each barrel so sold the sum of ten dollars, to be recovered by an action of debt before any Court proper to try the same; to the use of any person who shall sue for and recover the same, or by indictment to the use of the state. § 4. Be it further enacted, That if any person shall falsely alter the stamp or mark on the certificate of any prover of fire arms, appointed as aforesaid, and be convicted thereof before any Court proper to try the same, he shall forfeit and pay a fine of not more than one hundred dollars, nor less than twenty dollars according to the nature and aggravation of the offence, for the use of the State.

-  (https://twitter.com/dukefirearmslaw)

-  (https://www.youtube.com/playlist?list=PLPllY2puNnqYUNnmXwbGnQFKMSaLSVDoq)

- Home (https://firearmslaw.duke.edu/)
- About (https://firearmslaw.duke.edu/about/)
- Blog (https://firearmslaw.duke.edu/secondthoughts/)
- Videos (https://firearmslaw.duke.edu/videos/)
- Events (https://firearmslaw.duke.edu/events/)
- Repository of Historical Gun Laws (https://firearmslaw.duke.edu/repository/)
- Teaching Resources (https://firearmslaw.duke.edu/teaching-resources/)
- Conferences (https://firearmslaw.duke.edu/conferences/)

Duke Center for Firearms Law | 210 Science Drive, Durham, NC 27708 | firearmslaw@law.duke.edu (mailto:firearmslaw@law.duke.edu)
Questions or comments about the Repository of Historical Gun Laws can be sent to gunlaws@law.duke.edu (mailto:gunlaws@law.duke.edu).

Copyright © 2022. All rights reserved. Website designed by Addicott Web (https://www.wordpress-web-designer-raleigh.com/).

10/21/22, 12:00 PM     1814 Mass. Acts 464, An Act In Addition To An Act, Entitled "An Act To Provide For The Proof Of Fire Arms, Manufactured With…

USDC IN/ND case 3:21-cr-00041-RLM-MGG   document 31-1   filed 10/31/22   page 3 of 28



(https://firearmslaw.duke.edu)



(https://law.duke.edu/)



# 1814 Mass. Acts 464, An Act In Addition To An Act, Entitled "An Act To Provide For The Proof Of Fire Arms, Manufactured Within This Commonwealth," ch. 192, § 1

Subject(s):

- Manufacturing, Inspection and Sale of Gunpowder and Firearms (https://firearmslaw.duke.edu/subjects/manufacturing-inspection-and-sale-of-gunpowder-and-firearms/)

Jurisdiction(s):

- Massachusetts (https://firearmslaw.duke.edu/jurisdictions/massachusetts/)

Year(s):

- 1814 (https://firearmslaw.duke.edu/years/1814/)

…from and after the passing of this act, all musket barrels and pistol barrels, manufactured within this Commonwealth, shall, before the same shall be sold, and before the same shall be stocked, be proved by the person appointed according to the provisions of an act . . . with a charge of powder equal in weight to the ball which fits the bore of the barrel to be proved . . . § 2. That if any person of persons, from and after the passing of this act, shall manufacture, within this Commonwealth, any musket or pistol, or shall sell and deliver, or shall

knowingly purchase any musket or pistol, without having the barrels first proved according to the provisions of the first section of this act, marked and stamped according the provisions of the first section of the act to which this is an addition . . .

-  (https://twitter.com/dukefirearmslaw)

- (https://www.youtube.com/playlist?list=PLPllY2puNnqYUNnmXwbGnQFKMSaLSVDoq)

- Home (https://firearmslaw.duke.edu/)
- About (https://firearmslaw.duke.edu/about/)
- Blog (https://firearmslaw.duke.edu/secondthoughts/)
- Videos (https://firearmslaw.duke.edu/videos/)
- Events (https://firearmslaw.duke.edu/events/)
- Repository of Historical Gun Laws (https://firearmslaw.duke.edu/repository/)
- Teaching Resources (https://firearmslaw.duke.edu/teaching-resources/)
- Conferences (https://firearmslaw.duke.edu/conferences/)

Duke Center for Firearms Law | 210 Science Drive, Durham, NC 27708 | firearmslaw@law.duke.edu (mailto:firearmslaw@law.duke.edu)

Questions or comments about the Repository of Historical Gun Laws can be sent to gunlaws@law.duke.edu (mailto:gunlaws@law.duke.edu).

Copyright © 2022. All rights reserved. Website designed by Addicott Web (https://www.wordpress-web-designer-raleigh.com/).

10/21/22, 12:09 PM    1776-1777 N.J. Laws 6, An Act for the Inspection of Gunpowder, ch. 6, § 1 - Duke Center for Firearms Law

Case: 3:19-cr-00797-EGS-RM    Document #: 385-1    Filed: 12/30/22    Page 6 of 43

USDC IN/ND case 3:21-cr-00041-RLM-MGG    document 31-1    filed 10/31/22    page 5 of 28



(https://firearmslaw.duke.edu)



(https://law.duke.edu/)



# 1776-1777 N.J. Laws 6, An Act for the Inspection of Gunpowder, ch. 6, § 1.

## Subject(s):

- Manufacturing, Inspection and Sale of Gunpowder and Firearms
  (https://firearmslaw.duke.edu/subjects/manufacturing-inspection-and-sale-of-gunpowder-and-firearms/)

## Jurisdiction(s):

- New Jersey (https://firearmslaw.duke.edu/jurisdictions/new-jersey/)

## Year(s):

- 1776 (https://firearmslaw.duke.edu/years/1776/)

That any Person who, from and after the Publication of this Act, shall offer any Gun-Powder for Sale, without being previously inspected and marked as is herein after directed, shall forfeit, for every such Offence, the Sum of Five Shillings a Pound for every Pound weight so offered for Sale, and so in Proportion for greater or lesser quantity[.]

- (https://twitter.com/dukefirearmslaw)

-  (https://www.youtube.com/playlist?list=PLPllY2puNnqYUNnmXwbGnQFKMSaLSVDoq)

- Home (https://firearmslaw.duke.edu/)
- About (https://firearmslaw.duke.edu/about/)
- Blog (https://firearmslaw.duke.edu/secondthoughts/)
- Videos (https://firearmslaw.duke.edu/videos/)
- Events (https://firearmslaw.duke.edu/events/)
- Repository of Historical Gun Laws (https://firearmslaw.duke.edu/repository/)
- Teaching Resources (https://firearmslaw.duke.edu/teaching-resources/)
- Conferences (https://firearmslaw.duke.edu/conferences/)

Duke Center for Firearms Law | 210 Science Drive, Durham, NC 27708 | firearmslaw@law.duke.edu (mailto:firearmslaw@law.duke.edu)

Questions or comments about the Repository of Historical Gun Laws can be sent to gunlaws@law.duke.edu (mailto:gunlaws@law.duke.edu).

Copyright © 2022. All rights reserved. Website designed by Addicott Web (https://www.wordpress-web-designer-raleigh.com/).

Ex. 1 at 006

10/21/22, 3:16 PM    1885 R.I. Pub. Laws 6, An Act In Amendment Of And in Addition To Chapter 242 Of The Public Statutes, Entitles "Of Offenses A…

USDC IN/ND case 3:21-cr-00041-RLM-MGG    document 31-1    filed 10/31/22    page 7 of 28



(https://firearmslaw.duke.edu)



(https://law.duke.edu/)

Search this website

# 1885 R.I. Pub. Laws 6, An Act In Amendment Of And in Addition To Chapter 242 Of The Public Statutes, Entitles "Of Offenses Against Private Property." § 1

Subject(s):

- Manufacturing, Inspection and Sale of Gunpowder and Firearms (https://firearmslaw.duke.edu/subjects/manufacturing-inspection-and-sale-of-gunpowder-and-firearms/)

Jurisdiction(s):

- Rhode Island (https://firearmslaw.duke.edu/jurisdictions/rhode-island/)

Year(s):

- 1885 (https://firearmslaw.duke.edu/years/1885/)

§ 1. Every person who shall knowingly deliver or cause to be delivered to any person or carrier any box, can or other package of nitro-glycerine, gunpowder, naptha or other equally explosive material, not marked with a plain and legible label describing its contents, or who shall remove or cause to be removed any such label or mark shall be fined not more than ten thousand dollars or imprisoned not more than five years.

Ex. 1 at 007

10/21/22, 3:16 PM    1885 r-i Pub Laws 6 An Act In Amendment Of And In Addition To Chapter 242 Of The Public Statutes Entitles Of Offenses A…

Case: 3:19-cr-00078-EGS-RM    Document #: 385-1    Filed: 12/30/22    Page 9 of 43

USDC IN/ND case 3:21-cr-00041-RLM-MGG    document 31-1    filed 10/31/22    page 8 of 28

-  (https://twitter.com/dukefirearmslaw)

-  (https://www.youtube.com/playlist?list=PLPllY2puNnqYUNnmXwbGnQFKMSaLSVDoq)

- Home (https://firearmslaw.duke.edu/)
- About (https://firearmslaw.duke.edu/about/)
- Blog (https://firearmslaw.duke.edu/secondthoughts/)
- Videos (https://firearmslaw.duke.edu/videos/)
- Events (https://firearmslaw.duke.edu/events/)
- Repository of Historical Gun Laws (https://firearmslaw.duke.edu/repository/)
- Teaching Resources (https://firearmslaw.duke.edu/teaching-resources/)
- Conferences (https://firearmslaw.duke.edu/conferences/)

Duke Center for Firearms Law | 210 Science Drive, Durham, NC 27708 | firearmslaw@law.duke.edu (mailto:firearmslaw@law.duke.edu)

Questions or comments about the Repository of Historical Gun Laws can be sent to gunlaws@law.duke.edu (mailto:gunlaws@law.duke.edu).

Copyright © 2022. All rights reserved. Website designed by Addicott Web (https://www.wordpress-web-designer-raleigh.com/).



(https://firearmslaw.duke.edu)



(https://law.duke.edu/)

Search this website

# Laws of the Commonwealth of Pennsylvania, from the Fourteenth Day of October, One Thousand Seven Hundred, to the Twentieth Day of March, One Thousand Eight Hundred and Ten Page 240-244, Image 284-288 (1810) available at The Making of Modern Law: Primary Sources.

Subject(s):

- Manufacturing, Inspection and Sale of Gunpowder and Firearms
  (https://firearmslaw.duke.edu/subjects/manufacturing-inspection-and-sale-of-gunpowder-and-firearms/)

Jurisdiction(s):

- Pennsylvania (https://firearmslaw.duke.edu/jurisdictions/pennsylvania/)

Year(s):

- 1795 (https://firearmslaw.duke.edu/years/1795/)

Ex. 1 at 009

10/21/22, 12:12 Case: 3:19-cr-00079-EGBM-Documents of Penna from the Fourteenth Day of October 1792... Filed 12/30/22 Page 11 of 43 to the Twent...

USDC IN/ND case 3:21-cr-00041-RLM-MGG document 31-1 filed 10/31/22 page 10 of 28

An Act providing for the inspection of Gun-powder. Whereas gun-powder imported from abroad and manufactured within this state, hath frequently been found to vary much in its strength, and sometimes of inferior qualities, and its defects not discovered until brought into actual use: and whereas the modes heretofore used to prove the force thereof have been found uncertain and variable: and whereas Joseph Leacock, of the city of Philadelphia, hath invented an engine, called a pendulum powder proof, with a graduated arch and catch-pall, by which it is conceived that the force of gun-powder may be proved by experiment and the article reduced to certain and uniform standards of strength, whereby the manufacture may be advanced towards ultimate perfection , and the purchaser and consumer protected against fraud and imposition: § 1. Be it enacted by the Senate and House of Representatives of the commonwealth of Pennsylvania, in General Assembly met, and it is hereby enacted by the authority of the same, That from and after the first day of October next, all gun-powder manufactured within this state, with intent to sell the same within the city or county of Philadelphia, shall be put in good and tight kegs or casks of twenty-five, fifty, or one hundred pounds neat weight , each made of well seasoned timber, bound together with at least twelve loops, and having a hole bored in each head with the diameter of one fourth part of an inch, well stopped with corks and having the tare weight (weight of the actual keg or cask) of each cask marked thereon, and that all such gun-powder, and all other gun-powder, wheresoever manufactured imported into the port of Philadelphia, or brought into the city or county of Philadelphia for sale, shall be deposited, forthwith on such importation or bringing by land or by water, in the public magazine in in the said city, and delivered to the care of the keeper the same, who shall give his receipt for the same, deliverable to the order of him or them who shall deposit the same. § 2. And be it further enacted by the authority aforesaid, That David Rittenhouse, Francis Gurney, and Thomas Procter be, and they are hereby, appointed commissioners, to procure at least two pendulum powder proofs, upon the construction invented by the said Joseph Leacock, as nearly uniform in length and radius and weight of pendulum, and in length of caliber and weight of the pistol, as they can procure the same, and therewith make experiments of the respective strength or force of the several species of gun-powder imported from abroad and manufactured within this state, sufficient in number to ascertain the quality and force of three different degrees of strength in explosion, and marking the number of degrees on the graduated arch of the said engine, to which equal quantities of weight of the said three species of gunpowder, rammed with equal force into the pistol, shall elevate the said pendulum; and the power which shall be barely capable of raising the said pendulum to the lowest rate of elevation, shall be the standard for the state of Pennsylvania for gun-powder of the first or lowest proof; and the powder which shall be capable of raising the said pendulum to the highest rate of elevation, shall be the standard of gunpowder for the state of Pennsylvania of the third or highest proof; and the middle or second proof standard of gun-powder shall be ascertained by the number of degrees on the said graduated arch, to which the same quantity by weight in equal moieties of the first and third proof powder shall be capable of raising the said pendulum; and ht said standard being so fixed and ascertained, the said commissioners shall make report thereof in writing, by indentures under their hands and seals, one part thereof, together with one of the said two pendulum powder proofs, as accurate a draft and description thereof as can be made shall be returned to the Governor, to be file and remain the office of the Secretary of the commonwealth; and one other part shall be returned to the Master of Rolls, to be recorded in his office, and filed among the laws of the state; and the other part, together with the other pendulum powder proofs, shall be delivered to the first Inspector of gun-powder to be appointed in pursuance of this act, and by him, and his successors in office, to his and their successors, as often as another officer shall be appointed. . . § 6. And by it further enacted by the authority aforesaid, That it shall be the duty of the inspector of gunpowder so to be appointed, for the time being, to attend at the aid public magazine, and his office so to be built, as often as shall be necessary, to inspect and examine all gunpowder there to be deposited, to draw samples form each cask of powder which shall be so as aforesaid bored, and to open or otherwise get samples of casks of powder not bored as aforesaid, and removing such samples to his office, there to prove the same b the pendulum proof aforesaid, and note the standard quality of each cask, to provide himself with cedar plugs stamped on the outer end with the letters S.P. and the figures number one, number two, and number three, so designate the first, second and third proofs of standard gunpowder of the state of Pennsylvania, and another stamped with letters

Ex. 1 at 010

Case: 3:19-cr-00079-EGS-RM Document #: 385-1 Filed: 12/30/22 Page 12 of 43
USDC IN/ND case 3:21-cr-00041-RLM-MGG document 31-1 filed 10/31/22 page 11 of 28

S.P. to designate condemned gun-powder, and therewith carefully to plug up the holes opened or made for the purpose with such marked plugs, as the proof quality of the powder in each cask respectively contained, and occasionally to weight the said casks; and if upon weighing the same suspicion shall arise that he casks are false tared, or do not contain the quantity herein above mentioned for each cask, to empty the same, and weigh the cask and powder separately, to ascertain the deficiency, if any, in the neath weight, and to fill the same to its due weight out of the other cask belonging to the same person, marking the weight taken on the ullage casks , and keeping an exact account in the books thereof, and of the names of the owners and persons bringing and depositing the same. . . §10. And be it further enacted by the authority aforesaid That if any person, from and after the first day of October next, importing or bringing into the port or city, or county of Philadelphia, any quantity of gun-powder exceeding twenty-five pounds, with intent to sell the same, shall neglect to deposit the same for inspection in the magazine aforesaid, or shall sell the same before it be inspected and marked as aforesaid, or shall sell any gun-powder that shall be condemned as aforesaid as and for merchantable gun-powder every person so offending shall forfeit all such gunpowder as aforesaid. § 11. And be it further enacted by the authority aforesaid, That the inspector shall be entitled to demand and receive of and from the owner and possessor of all gun-powder deposited in the said magazine, and by him or his Deputy examine, proved and plugged, as aforesaid, the following sums or rates, whether the same be approved or condemned, paid or secured before the same shall be removed from the magazine; if the Inspector shall so require; for every cask of powder, manufactured in this state, or any of the United States, bored, and stopped with corks by the manufacturer, containing twenty-five pounds neat weight, seven cents; for every like cask containing fifty pounds, eight cents; for every like cask containing one hundred pounds, nine cents; and fore very cask of foreign powder, or powder manufactured in the United States, not bored and stopped with corks as aforesaid, double the said price or rates; and for every cask which shall find deficient one per cent. In weight and shall fill up, fifty cents. § 12. And be it further enacted by the authority aforesaid, that if any dispute should arise between the owner, possessor or consignee of any such powder and the Inspector, touching the proof or condemnation thereof, or the goodness of the materials and manner in which the casks are made, upon application by the owner, possessor or consignee of such powder to one of the Magistrates of the city or county of Philadelphia, where the dispute shall arise, the said Magistrate shall issue this warrant to three indifferent judicious persons to be triers thereof, one of them to be named by the said owner, possessor or consignee, of by the said Inspector, and the third of the said Magistrate shall thereupon give his judgment agreeably to the report of the said triers, or any two of them; ad in case the said Magistrate shall on such reports adjudge the powder not to be merchantable, he shall award the owner, possessor or consignee thereof, to pay all costs; but in the case the said powder shall be found merchantable, the Inspector shall be adjudged to pay all costs, which may have accrued, and shall thereupon cause the powder to be marked as the standard to eb directed by the said triers.

-  (https://twitter.com/dukefirearmslaw)

- (https://www.youtube.com/playlist?list=PLPllY2puNnqYUNnmXwbGnQFKMSaLSVDoq)

- Home (https://firearmslaw.duke.edu/)
- About (https://firearmslaw.duke.edu/about/)
- Blog (https://firearmslaw.duke.edu/secondthoughts/)
- Videos (https://firearmslaw.duke.edu/videos/)
- Events (https://firearmslaw.duke.edu/events/)
- Repository of Historical Gun Laws (https://firearmslaw.duke.edu/repository/)
- Teaching Resources (https://firearmslaw.duke.edu/teaching-resources/)
- Conferences (https://firearmslaw.duke.edu/conferences/)

Case: 3:19-cr-00079-EGS-RM Document #: 385-1 Filed 12/30/22 Page 13 of 43
USDC IN/ND case 3:21-cr-00041-RLM-MGG document 31-1 filed 10/31/22 page 12 of 28

Duke Center for Firearms Law | 210 Science Drive, Durham, NC 27708 | firearmslaw@law.duke.edu
(mailto:firearmslaw@law.duke.edu)

Questions or comments about the Repository of Historical Gun Laws can be sent to gunlaws@law.duke.edu
(mailto:gunlaws@law.duke.edu).

Copyright © 2022. All rights reserved. Website designed by Addicott Web (https://www.wordpress-web-designer-raleigh.com/).

Ex. 1 at 012

10/21/22, 12:25 PM Case: 3:19-cr-00079-EGS-RM Document #: 385-1 Filed: 12/30/22 Page 14 of 43 Gunpowder, c...

USDC IN/ND case 3:21-cr-00041-RLM-MGG document 31-1 filed 10/31/22 page 13 of 28



(https://firearmslaw.duke.edu)



(https://law.duke.edu/)



# 1820 N.H. Laws 274-76, An Act to Provide for the Appointment of Inspectors and Regulating the Manufacture of Gunpowder, ch. 25, §§ 1-9.

## Subject(s):

- Manufacturing, Inspection and Sale of Gunpowder and Firearms
  (https://firearmslaw.duke.edu/subjects/manufacturing-inspection-and-sale-of-gunpowder-and-firearms/)

## Jurisdiction(s):

- New Hampshire (https://firearmslaw.duke.edu/jurisdictions/new-hampshire/)

## Year(s):

- 1820 (https://firearmslaw.duke.edu/years/1820/)

§ 1. [T]he Governor . . . is hereby authorized to appoint an inspector of gunpowder for every public powder magazine, and at every manufactory of gunpowder in this state, and such other places as may by him thought to be necessary[.] § 2. [F]rom and after the first day of July next, all gunpowder which shall be manufactured within this state shall be composed of the following proportions and quality of materials . . . § 3. It shall be the duty of each of said inspectors to inspect, examine and prove all gunpowder which after the first day of July shall not be

Ex. 1 at 013

10/21/22, 12:25 PM    1820 N H Laws 274-76 An Act to Provide for the Appointment of Inspectors and Regulating the Manufacture of Gunpowder, c…

Case: 3:19-cv-00079-EGS-RM    Document #: 385-1    Filed: 12/30/22    Page 15 of 43
USDC IN/ND case 3:21-cv-00041-RLM-MGG    document 31-1    filed 10/31/22    page 14 of 28

deposited at any public [sic] powder magazine, or manufactory of this state . . . § 4. [N]o gunpowder within this state shall be considered to be of proof unless one ounce thereof, placed in a chamber of a four and an half inch howitzer, with the howitzer elevated so as to form an angle of forty-five degrees with the horizon, will, upon being fired throw a twelve pound shot seventy-five yards at the least. § 5. [W]henever any of said inspectors shall discover any gunpowder, deposited at any public powder magazine, or any other place within this state, which is not well manufactured or which is composed of impure materials . . . the inspector in such case, shall mark each cask containing such impure, ill manufactured, or deficient gunpowder, with the word "Condemned" on both heads of the cask . . . § 6. [I]f any person shall knowingly sell any condemned gunpowder . . . every such person, so offending, shall forfeit and pay not less than two hundred nor more than five hundred dollars . . . § 7. [E]ach inspector . . . be sworn to the faithful and impartial discharge of the duties of his office, and each inspector shall be allowed one cent for each pound of gunpowder, by him examined, inspected and proved . . . to be paid by the owner or owners of the gunpowder. § 8. [I]f any manufacturer of gunpowder shall sell or dispose of, or shall cause or permit to be sold or disposed of, or shall export or cause to be exported withou the limits of this state, any powder of his manufacture, before the same has been inspected and marked agreeably to the provisions of this act, he shall forfeit and pay the sum of fifty cents for every pound of powder so sold, disposed of, or exported, to be recovered in the manner provided in the sixth section of this act. § 9. [I]f any person with within this state . . shall knowingly sell, expose, or offer for sale, within this state, any gunpowder which is not well manufactured, or which is composed of impure materials, and which shall not be composed of the proof herein before required, shall forfeit and pay not less than five dollars nor more than fifty dollars for each and every offence, to be recovered in the manner provided in the sixth section of this act.

-  (https://twitter.com/dukefirearmslaw)

- (https://www.youtube.com/playlist?list=PLPllY2puNnqYUNnmXwbGnQFKMSaLSVDoq)

- Home (https://firearmslaw.duke.edu/)
- About (https://firearmslaw.duke.edu/about/)
- Blog (https://firearmslaw.duke.edu/secondthoughts/)
- Videos (https://firearmslaw.duke.edu/videos/)
- Events (https://firearmslaw.duke.edu/events/)
- Repository of Historical Gun Laws (https://firearmslaw.duke.edu/repository/)
- Teaching Resources (https://firearmslaw.duke.edu/teaching-resources/)
- Conferences (https://firearmslaw.duke.edu/conferences/)

Duke Center for Firearms Law | 210 Science Drive, Durham, NC 27708 | firearmslaw@law.duke.edu (mailto:firearmslaw@law.duke.edu)
Questions or comments about the Repository of Historical Gun Laws can be sent to gunlaws@law.duke.edu (mailto:gunlaws@law.duke.edu).

Copyright © 2022. All rights reserved. Website designed by Addicott Web (https://www.wordpress-web-designer-raleigh.com/).

10/21/22, 12:29 PM    Oliver H. Prince, A Digest of the Laws of the State of Georgia: Containing all Statutes and the Substance of all Resolutions of a …

USDC IN/ND case 3:21-cr-00041-RLM-MGG   document 31-1   filed 10/31/22   page 15 of 28



(https://firearmslaw.duke.edu)



(https://law.duke.edu/)

Search this website

# Oliver H. Prince, A Digest of the Laws of the State of Georgia: Containing all Statutes and the Substance of all Resolutions of a General and Public Nature, and now in Force, which have been Passed in this State, Previous to the Session of the General Assembly of Dec. 1837 Page 619, Image 619 (1837) available at The Making of Modern Law: Primary Sources.

Subject(s):

- Manufacturing, Inspection and Sale of Gunpowder and Firearms
  (https://firearmslaw.duke.edu/subjects/manufacturing-inspection-and-sale-of-gunpowder-and-firearms/)

10/21/22, 12:29 PM    Oliver H. Prince A Digest of the Laws of the State of Georgia Containing all Statutes and the Substance of all Resolutions of a …

Case: 3:09-cr-00073-ECS-RM    Document #: 395-1    Filed: 12/30/22    Page 17 of 43

USDC IN/ND    case 3:21-cr-00041-RLM-MGG    document 31-1    filed 10/31/22    page 16 of 28

Jurisdiction(s):

- Georgia (https://firearmslaw.duke.edu/jurisdictions/georgia/)

## Year(s):

- 1831 (https://firearmslaw.duke.edu/years/1831/)

An Act to Regulate the transportation of gunpowder and to authorize the forfeiture of such as shall be transported in violation of the provisions of this act (1831) #20, § 1. From and after the passage of this act, it shall be the duty of all owners, agents and others, who may or shall have any gunpowder, exceeding in quantity five pounds, transported upon the waters or within the limits of this State, to have the word gunpowder marked in large letters upon each and every package which may or shall be transported. § 2. All gunpowder exceeding five pounds in quantity which shall hereafter be transported or engaged for transportation upon any of the waters or within the limits of this State, without being marked as directed in the first section of this act, shall be liable to seizure and forfeiture – one half to the informer, the other for the use of the volunteer companies most convenient or contiguous to the place of seizure or forfeiture.

- (https://twitter.com/dukefirearmslaw)

- (https://www.youtube.com/playlist?list=PLPllY2puNnqYUNnmXwbGnQFKMSaLSVDoq)

- Home (https://firearmslaw.duke.edu/)
- About (https://firearmslaw.duke.edu/about/)
- Blog (https://firearmslaw.duke.edu/secondthoughts/)
- Videos (https://firearmslaw.duke.edu/videos/)
- Events (https://firearmslaw.duke.edu/events/)
- Repository of Historical Gun Laws (https://firearmslaw.duke.edu/repository/)
- Teaching Resources (https://firearmslaw.duke.edu/teaching-resources/)
- Conferences (https://firearmslaw.duke.edu/conferences/)

Duke Center for Firearms Law | 210 Science Drive, Durham, NC 27708 | firearmslaw@law.duke.edu (mailto:firearmslaw@law.duke.edu)
Questions or comments about the Repository of Historical Gun Laws can be sent to gunlaws@law.duke.edu (mailto:gunlaws@law.duke.edu).

Copyright © 2022. All rights reserved. Website designed by Addicott Web (https://www.wordpress-web-designer-raleigh.com/).



(https://firearmslaw.duke.edu)



(https://law.duke.edu/)



# 1847 Ind. Acts 93, An Act to Reduce the Law Incorporating the City of Madison, and the Several Acts Amendatory Thereto Into One Act, and to Amend the Same, chap 61, § 8, pt. 4.

Subject(s):

- Manufacturing, Inspection and Sale of Gunpowder and Firearms
  (https://firearmslaw.duke.edu/subjects/manufacturing-inspection-and-sale-of-gunpowder-and-firearms/)

Jurisdiction(s):

- Indiana (https://firearmslaw.duke.edu/jurisdictions/indiana/)

Year(s):

- 1847 (https://firearmslaw.duke.edu/years/1847/)

To regulate and license, or provide by ordinance for regulating and licensing . . . the keepers of gunpowder and other explosive compounds . . . .

- 🐦 (https://twitter.com/dukefirearmslaw)

- ▶️ (https://www.youtube.com/playlist?list=PLPllY2puNnqYUNnmXwbGnQFKMSaLSVDoq)

- Home (https://firearmslaw.duke.edu/)
- About (https://firearmslaw.duke.edu/about/)
- Blog (https://firearmslaw.duke.edu/secondthoughts/)
- Videos (https://firearmslaw.duke.edu/videos/)
- Events (https://firearmslaw.duke.edu/events/)
- Repository of Historical Gun Laws (https://firearmslaw.duke.edu/repository/)
- Teaching Resources (https://firearmslaw.duke.edu/teaching-resources/)
- Conferences (https://firearmslaw.duke.edu/conferences/)

Duke Center for Firearms Law | 210 Science Drive, Durham, NC 27708 | firearmslaw@law.duke.edu (mailto:firearmslaw@law.duke.edu)

Questions or comments about the Repository of Historical Gun Laws can be sent to gunlaws@law.duke.edu (mailto:gunlaws@law.duke.edu).

Copyright © 2022. All rights reserved. Website designed by Addicott Web (https://www.wordpress-web-designer-raleigh.com/).



(https://firearmslaw.duke.edu)

(https://law.duke.edu/)

 

# George Manierre, The Revised Charter and Ordinances of the City of Chicago: To Which are Added the Constitutions of the United States and State of Illinois Page 123-125, Image 131-133 (1851) available at The Making of Modern Law: Primary Sources.

Subject(s):

- Manufacturing, Inspection and Sale of Gunpowder and Firearms
  (https://firearmslaw.duke.edu/subjects/manufacturing-inspection-and-sale-of-gunpowder-and-firearms/)

Jurisdiction(s):

- Illinois (https://firearmslaw.duke.edu/jurisdictions/illinois/)

Year(s):

- 1851 (https://firearmslaw.duke.edu/years/1851/)

Ex. 1 at 019

Ordinances of the City of Chicago: Regulating the Keeping and Conveying Gun Powder and Gun Cotton. § I. (Be it ordained by the Common Council of the city of Chicago) That no person shall keep, sell, or give away gun powder or gun cotton in any quantity without permission of the common council or mayor in writing, signed by the mayor and clerk and sealed with the corporate seal, under a penalty of twenty-five dollars for every offence. § II. All applications for permits shall be addressed to the common council or mayor in writing, signed by the applicant. Not exceeding four permits shall be granted in any block. When the number of applications in any block shall at any time exceed the number to be granted, the requisite number shall be chosen by ballot. When issued the clerk shall make an entry thereof in a register to be provided for the purpose which entry shall state the name and place of business and date of permit. Persons to whom permits may be issued shall not have or keep at their place of business or elsewhere within the city, a greater quantity of gun powder or gun cotton than fifty pounds at one time, and the same shall be kept in tin canisters or cases containing not to exceed thirteen pounds each, and in a situation remote from fires or lighted lamps, candles or gas from which they may be easily removed in case of fire. Nor shall any person sell or weigh any gun powder or gun cotton after the lighting of lamps in the evening, unless in sealed canisters or cases. It shall be the duty of every person to whom a permit shall be given to keep a sign at the front door of his place of business with the words "gun powder and gun cotton" painted or printed theron in large letters. A violation of any clause of this section shall subject the offender to a fine of not less than ten dollars nor exceeding one hundred dollars. § III. No person shall convey or carry any gun or carry any gun powder or gun cotton, (exceeding one pound in quantity), through any street or alley in the city, in any cart, carriage, wagon, dray, wheelbarrow, or otherwise, unless the gun powder or gun cotton be secured in tight cases or kegs well headed and hooped, and put into and entirely covered with a leather bag or case, sufficient to prevent such gun powder or gun cotton from being spilled or scattered under a penalty of one hundred dollars. IV. No vessel, laden in whole or in part with gun powder or gun cotton, shall land at, or make fast to any dock or wharf upon the Chicago river, or either branch thereof, between the south line of the school section and Chicago avenue, or to discharge such gun powder or gun cotton within said limits. If any master, or owner of any vessel, or other person shall violate any provision of this section, he shall be subject to a fine of not less then twenty-five dollars and not exceeding one hundred dollars. § V. The mayor shall have power to cause any vessel to be removed form the limits mentioned in the previous section, to any place beyond the same, by a written order, which shall be executed by the marshal or some other member of the police. If any person shall neglect or refuse to obey such order, or shall resist any officer in the execution of the same, he shall be subject to a penalty of one hundred dollars. § VI. Al permissions granted under this ordinance shall expire on the tenth day of June each year. And no permit shall be granted to any retailer of intoxicating liquors or to any intemperate person. The clerk shall be entitled to a fee of one dollar for every permit so issued. § VII. It shall be the duty of the officers of the police department, fire-wardens, and firemen, to report all violations of this ordinance which may come to the knowledge of the city attorney for prosecution.

-  (https://twitter.com/dukefirearmslaw)

-  (https://www.youtube.com/playlist?list=PLPllY2puNnqYUNnmXwbGnQFKMSaLSVDoq)

- Home (https://firearmslaw.duke.edu/)
- About (https://firearmslaw.duke.edu/about/)
- Blog (https://firearmslaw.duke.edu/secondthoughts/)
- Videos (https://firearmslaw.duke.edu/videos/)
- Events (https://firearmslaw.duke.edu/events/)
- Repository of Historical Gun Laws (https://firearmslaw.duke.edu/repository/)
- Teaching Resources (https://firearmslaw.duke.edu/teaching-resources/)
- Conferences (https://firearmslaw.duke.edu/conferences/)

Ex. 1 at 020

Duke Center for Firearms Law | 210 Science Drive, Durham, NC 27708 | firearmslaw@law.duke.edu (mailto:firearmslaw@law.duke.edu)

Questions or comments about the Repository of Historical Gun Laws can be sent to gunlaws@law.duke.edu (mailto:gunlaws@law.duke.edu).

Copyright © 2022. All rights reserved. Website designed by Addicott Web (https://www.wordpress-web-designer-raleigh.com/).

10/21/22, 12:08 PM The Public Records Of The Colony Of Connecticut. Hartford, 1890 Page 190-192, Image 194-196, available at The Making of …

Case: 3:19-cr-00072-EGS-RM Document #: 385-1 Filed: 10/30/22 Page 23 of 43

USDC IN/ND case 3:21-cr-00041-RLM-MGG   document 31-1   filed 10/31/22   page 22 of 28



(https://firearmslaw.duke.edu)



(https://law.duke.edu/)

 🔍

# The Public Records Of The Colony Of Connecticut. Hartford, 1890 Page 190-192, Image 194-196, available at The Making of Modern Law: Primary Sources.

## Subject(s):

- Manufacturing, Inspection and Sale of Gunpowder and Firearms (https://firearmslaw.duke.edu/subjects/manufacturing-inspection-and-sale-of-gunpowder-and-firearms/)

## Jurisdiction(s):

- Connecticut (https://firearmslaw.duke.edu/jurisdictions/connecticut/)

## Year(s):

- 1775 (https://firearmslaw.duke.edu/years/1775/)

An Act for Encouraging the Manufacture of Salt Petre and Gun Powder. . .Be it enacted, That no salt petre, nitre or gun-powder made and manufactured, or that shall be made and manufactured in this Colony, shall be exported out of the same by land or water without the license of the General Assembly or his Honor the Governor and Committee of Safety, under the penalty of twenty pounds for every hundred weight of such salt petre, ntire or gun-powder, and proportionately for a greater or lesser quantity so without license exported; to be

Ex. 1 at 022

thereof. . . Be it further enacted by the authority aforesaid, That no powder-mill shall be erected in this Colony for the manufacture of gun-powder without the license of the general assembly, or in their recess the Governor and Council, first had and obtained under the penalty of thirty pounds for every such offence; to be recovered as the other forgoing personalities in this act are above directed to be recovered.

- (https://twitter.com/dukefirearmslaw)

- (https://www.youtube.com/playlist?list=PLPllY2puNnqYUNnmXwbGnQFKMSaLSVDoq)

- Home (https://firearmslaw.duke.edu/)
- About (https://firearmslaw.duke.edu/about/)
- Blog (https://firearmslaw.duke.edu/secondthoughts/)
- Videos (https://firearmslaw.duke.edu/videos/)
- Events (https://firearmslaw.duke.edu/events/)
- Repository of Historical Gun Laws (https://firearmslaw.duke.edu/repository/)
- Teaching Resources (https://firearmslaw.duke.edu/teaching-resources/)
- Conferences (https://firearmslaw.duke.edu/conferences/)

Duke Center for Firearms Law | 210 Science Drive, Durham, NC 27708 | firearmslaw@law.duke.edu (mailto:firearmslaw@law.duke.edu)

Questions or comments about the Repository of Historical Gun Laws can be sent to gunlaws@law.duke.edu (mailto:gunlaws@law.duke.edu).

Copyright © 2022. All rights reserved. Website designed by Addicott Web (https://www.wordpress-web-designer-raleigh.com/).



(https://firearmslaw.duke.edu)



(https://law.duke.edu/)

| Search this website | 🔍 |

# William Henry Whitmore, The Colonial Laws of Massachusetts: Reprinted From the Edition of 1672, with the Supplements Through 1686: Containing Also, a Bibliographical Preface and Introduction, Treating of All the Printed Laws From 1649 to 1686: Together with the Body of Liberties of 1641, and the Records of the Court of Assistants, 1641-1644 Page 126, Image 330 (1890) available at The Making of Modern Law: Primary Sources.

Subject(s):

Manufacturing, Inspection and Sale of Gunpowder and Firearms
(https://firearmslaw.duke.edu/subjects/manufacturing-inspection-and-sale-of-gunpowder-and-firearms/)

## Jurisdiction(s):

- Massachusetts (https://firearmslaw.duke.edu/jurisdictions/massachusetts/)

## Year(s):

- 1651 (https://firearmslaw.duke.edu/years/1651/)

Prescriptions, (1651) § 2. And it is further ordered; that no person (except for the defence of themselves and their
vessels at Sea) shall transport any gunpowder out of this jurisdiction, without license first obtained from some
two of the Magistrates, upon penalty of forfeiting all such powder as shall be transporting or transported, or the
value thereof.

-  (https://twitter.com/dukefirearmslaw)

- (https://www.youtube.com/playlist?list=PLPllY2puNnqYUNnmXwbGnQFKMSaLSVDoq)

- Home (https://firearmslaw.duke.edu/)
- About (https://firearmslaw.duke.edu/about/)
- Blog (https://firearmslaw.duke.edu/secondthoughts/)
- Videos (https://firearmslaw.duke.edu/videos/)
- Events (https://firearmslaw.duke.edu/events/)
- Repository of Historical Gun Laws (https://firearmslaw.duke.edu/repository/)
- Teaching Resources (https://firearmslaw.duke.edu/teaching-resources/)
- Conferences (https://firearmslaw.duke.edu/conferences/)

Duke Center for Firearms Law | 210 Science Drive, Durham, NC 27708 | firearmslaw@law.duke.edu
(mailto:firearmslaw@law.duke.edu)
Questions or comments about the Repository of Historical Gun Laws can be sent to gunlaws@law.duke.edu
(mailto:gunlaws@law.duke.edu).

Copyright © 2022. All rights reserved. Website designed by Addicott Web (https://www.wordpress-web-designer-
raleigh.com/).

10/21/22, 12:27 PM Case: 3:19-cr-00079-EGS-RM Document #: 385-1 Filed: 12/30/22 Page 27 of 43 ... Together with the Acts of the General Assembly Relating to the City Pag…

USDC IN/ND case 3:21-cr-00041-RLM-MGG   document 31-1   filed 10/31/22   page 26 of 28



(https://firearmslaw.duke.edu)

(https://law.duke.edu/)

Search this website

# The Charter and Ordinances of the City of Providence, Together with the Acts of the General Assembly Relating to the City Page 89-96, Image 89-96 (1854) Available at The Making of Modern Law: Primary Sources.

Subject(s):

- Manufacturing, Inspection and Sale of Gunpowder and Firearms (https://firearmslaw.duke.edu/subjects/manufacturing-inspection-and-sale-of-gunpowder-and-firearms/)

Jurisdiction(s):

- Rhode Island (https://firearmslaw.duke.edu/jurisdictions/rhode-island/)

Year(s):

- 1821 (https://firearmslaw.duke.edu/years/1821/)

Ex. 1 at 026

The Charter and Ordinances of the City of Providence: Together with the Acts of the General Assembly Relating to the City Pag...

An Act Regulating the Storage, Safe Keeping and Transportation of Gunpowder in the Town of Providence,

(1821) § 2. And be it further enacted, That is shall not be lawful for any person or persons to sell any gunpowder which may at the time be within the town of Providence in any quantity, by wholesale or retail, without first having obtained from the town council of said town a license to sell gunpowder; and every such license shall be written or printed, and signed by the president of said council or their clerk, on a paper upon which shall be written or printed a copy of this act; and every such license shall be in force for one year from the date thereof, unless annulled by said council, and no longer; but such license may, prior to the expiration of that time, be renewed, by endorsement thereon, for a further term of one year, and so from year to year: provided, always, that the said town council may annul any such license, if in their opinion the person or persons licensed have forfeited the right of using the same by any violation of the law relative thereto; and every person who shall receive a license as aforesaid shall pay therefor the sum of five dollars, and on having the same renewed shall pay therefor the sum of one dollar, which shall be paid to the clerk of said council, for their use, for the purpose of defraying the expense of carrying this act into execution. § 3. And be it further enacted, That any person or persons who shall keep, have, possess or transport any gunpowder within the town of Providence, contrary to the provisions of this act, or who shall sell any gunpowder therein, without having a license therefor, then in force, shall forfeit and pay a fine of not less than twenty dollars, and not exceeding five hundred dollars, for each and every offence; and if any gunpowder kept contrary to the provisions of this act shall explode in any shop, store, dwelling-house, ware-house or other building, or in any place in said town, the occupant, tenant or owner of which has not a license in force to keep and sell gunpowder therein, or which gunpowder shall have been kept in a manner contrary to the terms and conditions of such license, such occupant tenant or owner shall forfeit and pay a fine of not less than twenty dollars nor more than five hundred dollars. . . § 6. And be it further enacted, That the said firewards, or any of them, may enter the store or place of any person or persons licensed to sell gunpowder, to examine and ascertain whether the laws relating thereto are strictly observed; and also whenever there may be an alarm or fire; and in such last case may cause the powder there deposited to be removed to a place of safety, or to be destroyed by wetting or otherwise, as the exigency of the case may require; and it shall be lawful for any one or more of the firewards aforesaid to enter any dwelling house, store, building or other place in said town to search for gunpowder which they may have reason to suspect to be concealed or unlawfully kept therein; first having obtained from some justice of the peace of said town a search warrant therefor; which warrant any one of the justices of said town is hereby respectively authorized to issue, upon the complaint of such fireward or firewards, supported by his or their oath or affirmation. . . And be it further enacted, That all persons who wish have a license to keep and sell gunpowder within the town shall make application to the town council in writing, stating the place of business and whether they wish to sell by wholesale or retail, or both; and to each person or firm who may be approbated, a certificate of license shall be granted, on payment of the fee established by law. § 14. And be it further enacted, That every person or firm who may be licensed to sell gunpowder by retail, shall be allowed to keep in the place or building designated in the license, twenty-five pounds of gunpowder, and no more, at one time, which shall always be kept in tin or copper canisters, capable of containing no more than twelve and a half pounds each with a small aperture at the top, and a tin or copper cover thereto. § 15. And be it further enacted, That every person or firm who may be licensed to sell gunpowder by wholesale, shall provide and keep a tine or copper chest, with two handles and a tight cover, furnished with a hinge, and secured with a padlock, all of tin or copper chest, with two handles and a tight cover furnished with a hinge and secured padlock, all of tin or copper; such chest shall always be kept on the lower floor, on the right side of and close to the principal door or entrance from the street into the building so licensed, except when otherwise designated by the council and shall always be kept locked, except when powder is put in or taken out; and such person or firm, so licensed shall be allowed to deposit and keep, in such tin or copper chest, a quantity of gunpowder not exceeding four casks of twenty-five pounds each; the heads of each cask not to be opened, and each cask to be kept in a strong leather bag, closely tied and marked as aforesaid. § 16. And be it further enacted, that every person or firm licensed to keep and sell gunpowder as aforesaid, by wholesale or retail, shall have and keep a signboard placed over the door or building in which such powder is kept, on which shall be painted in Roman capitals the words "Licensed to sell Gunpowder"

Ex. 1 at 027

10/21/22, 12:27 PM    The Charter and Ordinances of the City of Providence: Together with the Acts of the General Assembly Relating to the City Pag…

USDC IN/ND case 3:21-cr-00041-RLM-MGG    document 31-1    filed 10/31/22    page 28 of 28

- (https://twitter.com/dukefirearmslaw)

- (https://www.youtube.com/playlist?list=PLPllY2puNnqYUNnmXwbGnQFKMSaLSVDoq)

- Home (https://firearmslaw.duke.edu/)
- About (https://firearmslaw.duke.edu/about/)
- Blog (https://firearmslaw.duke.edu/secondthoughts/)
- Videos (https://firearmslaw.duke.edu/videos/)
- Events (https://firearmslaw.duke.edu/events/)
- Repository of Historical Gun Laws (https://firearmslaw.duke.edu/repository/)
- Teaching Resources (https://firearmslaw.duke.edu/teaching-resources/)
- Conferences (https://firearmslaw.duke.edu/conferences/)

Duke Center for Firearms Law | 210 Science Drive, Durham, NC 27708 | firearmslaw@law.duke.edu (mailto:firearmslaw@law.duke.edu)

Questions or comments about the Repository of Historical Gun Laws can be sent to gunlaws@law.duke.edu (mailto:gunlaws@law.duke.edu).

Copyright © 2022. All rights reserved. Website designed by Addicott Web (https://www.wordpress-web-designer-raleigh.com/).

EXHIBIT 2

act; and the said orders so as aforesaid paid shall be sufficient to discharge the said trustees and provincial treasurer, their executors and adminstrators respectively, of and from so much as shall be respectively paid by them and specified in the said orders.  And the commissioners last mentioned for their trouble in discharging the duties required of them by this act shall have and receive one per centum on the whole sum of the orders by them drawn and no more.

And the said trustees and treasurer shall have and receive for their trouble respectively in performing the duties enjoined and required of them by this act, the sum of ten shillings each for every hundred pounds and no more.

> Passed October 22, 1763.  Referred for consideration by the King in Council, February 10, 1766, and allowed to become a law by lapse of time in accordance with the proprietary charter.  See Appendix XXIV, Section VIII, and the note to the Act of Assembly passed March 5, 1725-26, Chapter 289; and the Acts of Assembly passed May 30, 1764, Chapter 513; September 22, 1764, Chapter 516.
>
> As to Section V, see the Act of Assembly passed May 20, 1767, Chapter 559.

---

# CHAPTER DVI.

## AN ACT TO PROHIBIT THE SELLING OF GUNS, GUNPOWDER OR OTHER WARLIKE STORES TO THE INDIANS.

Whereas several tribes of Indians for some time past have perfidiously made incursions within the frontiers of this province and have perpetrated many cruel and barbarous murders on the inhabitants thereof, and it must be in the present circumstance of affairs of dangerous consequence to supply the said Indians with guns, gunpowder or other warlike stores.

For prevention whereof:

[Section I.]  Be it enacted by the Honorable James Hamilton, Esquire, Lieutenant-Governor under the Honorable Thomas Penn and Richard Penn, Esquires, true and absolute Proprietaries of the Province of Pennsylvania and counties of Newcastle, Kent and Sussex upon Delaware, by and with the advice

and consent of the representatives of the freemen of the said Province in General Assembly met, and by the authority of the same, That from and after the passing of this act if any person or persons whatsoever shall  directly or indirectly give to, sell, barter or exchange with any Indian or Indians whatsoever any guns, gunpowder, shot, bullets, lead or other warlike stores without license from the commander in chief of the King's forces in those parts or from the governor or commander in chief of this province for the time being first had and obtained, every such person or persons so offending, being thereof legally convicted in any county court of quarter sessions within this province, shall forfeit and pay the sum of five hundred pounds, one moiety thereof to the informer and the other moiety to the governor or commander in chief of this province for the time being, and shall furthermore be whipped with thirty-nine lashes on his bare back, well laid on, and be committed to the common gaol of the county, there to remain twelve months without bail or mainprise.

[Section II.]  And be it further enacted by the authority aforesaid, That this act shall continue in force for the term of twelve months and from thence to the end of the next session of assembly, and no longer.

Passed October 22, 1763.  Referred for consideration by the King in Council, February 10, 1766, and allowed to become a law by lapse of time in accordance with the proprietary charter. See Appendix XXIV, Section VIII.  Expired.

---

## CHAPTER DVII.

### AN ACT FOR REGULATING THE OFFICERS AND SOLDIERS IN THE PAY OF THIS PROVINCE.

Whereas many barbarous hostilities have lately been perfidiously committed by the Indians on the western and northern frontiers of this province and there is great reason to apprehend that a confederacy has been formed among several tribes of the said Indians to continue and extend their incursions, and

EXHIBIT 3

**18**                                    LAWS OF

within eight days. or small, are warned the same to return within the
space of eight days, unless they have purchased it
from the former Hon^{ble} Directors, without which
proof no excuse shall be admitted ; And if it be here-
after found that any one is in possession of property
Penalty for retaining Public property. belonging to the Company, such shall suffer the pun-
ishment usually administered to Thieves and Robbers
who steal their Lords' effects.

Reward for the discovery of those who plunder Gardens or steal Poultry. And whereas complaints are made that the Gardens
of many persons have been robbed and their Poultry
taken away, if there be any one who can give infor-
mation of the Thieves, he shall be paid by the Hon^{ble}
Director five and twenty guilders as a reward, and be
pardoned if an accomplice and his name concealed.

Those in the service of the Company not to leave the Island of Manhattan without leave. Likewise, every one of the Company's servants, of
what rank or quality soever he may be, is commanded
not to quit the Island of *Manhattan*, without the
express permission of the Hon^{ble} Commander.  Who-
soever shall be found to have acted contrary hereunto
shall forfeit three months' Wages.

Thus done in Council and on this date, being the
25th 9ber, published and posted in *Fort Amsterdam*.

---

# ORDINANCE

Of the Director and Council of New Netherland, prohibiting the sale
of Firearms, etc., to Indians, and requiring Vessels sailing to or from
Fort Orange, the South River, or Fort Hope, to take out clearances.
*Passed* 31 *March*, 1639.

[N. Y. Col. MSS. IV. 36.]

Preamble. WHEREAS the Director General and Council of
*New Netherland* have observed that many persons,
both Servants of the Company and Inhabitants, have,
contrary to the orders and commands of their High
Mightinesses the Lords States General and the Incor-
porated West India Company, presumed to sell to

NEW NETHERLAND.                    **19**

the Indians in these parts, Guns, Powder and Lead, which hath already caused much mischief, and if no means be adopted by Us here to prevent the same, would hereafter entail nothing else than greater evil; Therefore every Inhabitant of *New Netherland*, be his state, quality or condition what it may, is most expressly forbidden to sell any Guns, Powder or Lead to the Indians, on pain of being punished by Death, and if any one shall inform against any person who shall violate this Law, he shall receive a reward of Fifty guilders. *No Guns nor ammunition to be sold to Indians.* *Penalty.*

Furthermore, all persons are hereby notified that no one shall undertake to sail with Boats or other Vessels to *Fort Orange*, the *South River*, or *Fort Hope*, without a permit from the Hon<sup>ble</sup> Director, and on coming thence, bringing with him a clearance from the Commissary residing at the aforesaid place on the part of the Company; And in case it be found that any one has been at the places abovenamed without the aforesaid order, such Vessel and the Wares laden therein shall be confiscated to the use of the Company, and the person shall, in addition, be mulcted in such sum as, according to the merits of the case, shall be deemed proper. *Vessels trading to Fort Orange &c., to take out clearances.* *Penalty for neglect.*

And all our dear and faithful Commissaries who have authority at the places where these presents are sent, are ordered and commanded the same to affix at the usual place, so that their contents may be known to every one and each be on his guard against damage.

Thus done and published in *Fort Amsterdam* this 31st of March, Anno 1639.

0079-EGS-RM   Document #: 385-1   Filed: 12/30/22

# ORDINANCE

By the Director and Council of New Netherland further prohibiting
the Sale of Firearms, etc., to Indians. *Passed* 23 *February*, 1645.

[N. Y. Col. MSS. IV. 216.]

WHEREAS the Director General and Council of *New* **Preamble.**
*Netherland* have long ere this noticed the dangerous
practise of selling Guns, Powder and Lead to the
Indians, and moreover published at the time an
Ordinance prohibiting the same on pain of Death,
notwithstanding which some persons have yet under-
taken to barter all sorts of ammunition among the
Heathen, purchasing the same secretly here and then
transporting it up the River and elsewhere, to the
serious injury of this Country, the strengthening of
the Indians and the destruction of the Christians, as
We are now, also, informed with certainty, that our
enemies are better provided with Powder than we,
which they contrive to obtain through other Barba-
rians, our friends.  Likewise, his Majesty of *France* **Complaint by the King of France.**
hath, through his Ambassador, seriously complained
to the Lords States General of the selling of arms
to the Indians, whereby His subjects suffer grave
injury, in consequence of which the Lords States
General have recommended Mess^r the Directors to
prevent and to forbid the same, and to have the guilty
parties punished with rigor, which, then, their Honors
have earnestly commanded us to do.

Therefore, we most expressly forbid, as we hereby **No muni- tions of War to be sold to Indians.**
do, all persons, from this time forth, from daring to
trade any munitions of War with the Indians, or
under any pretence whatsoever, to transport them
from here, without express permission, on pain of
being punished by Death, and having the vessel con- **Penalty.**
fiscated in which the same shall be found laden or to
have been put on board.  Let every one be warned
hereby and save himself from difficulty.

LAWS OF

Board, any other pay, conditions or allowance than he is engaged at, on pain of nullity. And, in case any of those servants, directly or indirectly, happen on the outward or homeward voyage to earn, demand

**Claims for extra services not to be allowed.**

and claim any other wages or allowance than what was promised and allowed him on his engagement here by the Lords Burgomasters or their Commissioners or Directors, and the allowance hereinbefore set forth, he shall not have or pretend any right or action therein against the City, although the person may make such claim for some extraordinary services done the City.

### SIXTH TITLE.

#### *Of the Private trade of those who sail in the service.*

**No person to take with him guns or munitions of War to trade with Indians.**

No person, of what rank soever he may be, shall be at liberty to carry with him any Munitions of War, such as Powder, Guns and other Arms, to sell or barter them in *New Netherland* to the Natives or

**Penalty.**

Indians, on pain of forfeiting all the wages he has earned or shall earn, and, in addition, quadruple the value of what he may have bartered, and, therefore, shall every one have to submit to due examination and inspection of his Chest and Goods before he go ashore.

**Goods for sale not to be taken out on private account.**

Commissaries, Supercargoes and all others shall not be at liberty to take any Goods, Merchandise, &c., on their account, out of the Store, or to take any with them for the purpose of selling them at a dearer price to the People, or otherwise trade them

**Penalty.**

for their private profit, on pain of forfeiting all their monthly wages, and being arbitrarily punished.

**Colonists or others not to receive from the Public Store more goods than are necessary for themselves and families.**

In like manner, the Commissaries and Storekeepers shall not disburse to any person more Goods or necessaries, either Stockings, Shoes, Shirts, Clothes and other supplies than each one shall be found to have need of for himself and family, to which end they

EXHIBIT 4

*than twice the amount of gold and silver actually in their vaults,"* Not to issue be, and the same is hereby repealed; and hereafter the said bills for more Corporation shall not issue and have in circulation, at any one than twice the time, bills, notes, or obligations, to a greater amount than capital. twice the capital stock actually paid in.

SECT. 2. *And be it further enacted,* That instead of six, not less than five Directors of the aforesaid Corporation shall con- Directors. stitute a board for the transaction of business, of whom the President shall always be one, except in case of sickness or neceffary absence, in which case the Directors present may choose a Chairman in his stead.

[This Act passed *March* 8, 1805.]

---

An Act making a temporary Alteration in the Toll to be received by *The Proprietors of the Locks and Canals on Connecticut River.*

[This Act passed *March* 8, 1805.]

79

---

An Act to incorporate the north-westerly Part of the Town of *Otisfield*, and the easterly Part of the Town of *Bridgeton*, in the County of *Cumberland*, into a separate Town by the Name of *Harrison.*

[This Act passed *March* 8, 1805.]

80

---

An Act to provide for the Proof of Fire Arms manufactured within this Commonwealth.

81

WHEREAS no provision hath been made by law for the proof of fire arms manufactured in this Common- Preamble. wealth, by which it is apprehended that many may be introduced into use which are unsafe, and thereby the lives of the citizens be exposed: To prevent which,

SECT. 1. *Be it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same,* Provers of That the Governor, by and with the advice and consent of the fire arms to be Council, be, and he hereby is empowered to appoint, in any appointed. part of this Commonwealth where the manufacture of fire arms is carried on, suitable persons to be provers of fire arms, not exceeding two in any county, who shall be sworn to the faithful discharge of their trust, whose duty it shall be to prove all musket barrels and pistol barrels, which being sufficiently ground, bored and breeched, shall be offered to him to be proved; who shall prove the musket barrels twice in manner following, viz. first with a charge consisting of one eighteenth How arms are part of a pound of powder, one ounce of which, in a five and to be proved, an

260      PROOF OF FIRE ARMS.      *March* 8, An. 1805.

an half inch howitz, at an elevation of forty five degrees, will carry a twenty-four pound ſhot eighty yards, with a ball ſuited to the bore of the barrel ; the ſecond proof to be with a charge conſiſting of one twenty-ſecond part of the ſame powder, with a ball ſuited to the bore of the barrel ; and ſhall prove the piſtol barrels once with a charge conſiſting of one twenty-ſecond part of a pound of powder, one ounce of which, in a five and half inch howitz at an elevation of forty-five degrees, will carry a twenty-four pound ſhot ſeventy yards, with a ball ſuited to the bore of the barrel ; which ſaid powder and ball it ſhall be the duty of the prover to provide ; and if the ſaid muſket and piſtol barrels ſhall ſtand the proof aforeſaid, and ſhall in no reſpect fail, then it ſhall be the duty of the ſaid prover to ſtamp the ſame on the upper ſide, and within one and an half inches of the breech of ſaid barrels, with a *How approved arms are to be marked.* ſtamp conſiſting of the initial letters of the prover's name, and over thoſe letters the letter P. alſo, in the line of the ſaid initial letters, and further up ſaid barrel the figures deſignating the year of our Lord in which the proof is made, and over the ſaid figures the letter M. which ſaid letters and figures ſhall be ſo deeply impreſſed on ſaid barrel, as that the ſame cannot be eraſed or disfigured, and ſhall be in the form follow-

  P     M

ing  AB  1805.  And when any barrels ſhall burſt or ſhall in any manner fail in the proving as aforeſaid, ſo that in the opinion of the prover they are unfit for uſe, they ſhall not be ſtamped, but the ſaid prover ſhall ſuffer the owner to take them away ; and any prover ſo proving muſket or piſtol barrels as aforeſaid, ſhall be entitled to receive from the owner, *Fees.* for each muſket barrel *thirty three cents,* and for each piſtol barrel *twenty five cents,* whether the ſame ſtand proof and are ſtamped or not.

SECT. 2.  *And be it further enacted,* That if any perſon, after *Penalty for not having arms proved.* the firſt day of *June* next, ſhall manufacture within this Commonwealth, any muſket or piſtol,  without having the barrels proved and ſtamped as aforeſaid, except ſuch as are or may be manufactured in the armory of the *United States,* or in fulfilment of ſome contract made and entered into, or that may hereafter be made and entered into, for the manufacturing of fire-arms for the *United States,* ſhall forfeit and pay for every ſuch muſket or piſtol the ſum of *ten dollars,* to be recovered in an action of debt, before any Court proper to try the ſame, by any perſon who ſhall ſue for and recover the ſame, to his own uſe.

SECT. 3.  *And be it further enacted,* That if any perſon, after the ſaid firſt day of *June* next, ſhall ſell and deliver, or ſhall knowingly purchaſe, any muſket or piſtol, which ſhall have been manufactured within this Commonwealth after the
                                                              ſaid

faid firſt day of *June* next, which ſhall not have the marks of Penalty for ſelling or buy-ing arms not proved. proof above required, the perſon ſo ſelling and the perſon ſo purchaſing ſhall each forfeit the ſum of *ten dollars*, to be recov-ered by action of debt, before any Court proper to try the ſame, to the uſe of any perſon who ſhall ſue for and recover the ſame.

SECT. 4. *And be it further enacted*, That if any perſon ſhall Penalty for forging ſtamp. falſely forge or alter the ſtamp of any prover of fire-arms, ſo appointed as aforeſaid, impreſſed on any muſket or piſtol-bar-rel, purſuant to this Act, and be convicted thereof before the Supreme Judicial Court, he ſhall be puniſhed by fine not ex-ceeding *fifty dollars*, nor leſs than *twenty dollars*, according to the nature and aggravation of the offence.

[This Act paſſed *March* 8, 1805.]

---

An Act to incorporate a Number of the Inhabitants in the Town of *Limington*, in the County of *York*, into a ſeparate Religious Society by the Name of *The Firſt Baptiſt Society in Limington*.
[This Act paſſed *March* 8, 1805.]

§ 2.

---

An Act directing the Mode of attaching on Meſne Procefs, and ſelling by Execution Shares of Debt-ors in incorporated Companies.

§ 3

SECT. 1. *B*E *it enacted by the Senate and Houſe of Repreſent-atives, in General Court aſſembled, and by the au-thority of the ſame*, That the ſhare or ſhares or intereſt of any Shares may be attached on meſne procefs, taken in exe-cution, and ſold. perſon, in any turnpike, bridge, canal or other company, which heretofore has been or hereafter may be incorporated by the Legiſlature of this Commonwealth, with all the rights and privileges appertaining to ſuch ſhares, may be attached on meſne procefs and taken on execution ; and when any ſuch ſhares or intereſt ſhall be attached on meſne procefs, or taken on execution without ſuch previous attachment, an atteſted copy or copies of ſuch writ of attachment or execution, ſhall, by the officer holding the ſame, be left with the Clerk and Treaſurer or Caſhier of ſuch company ; and ſo many of ſaid ſhares or ſo much of ſaid intereſt may be ſold on ſaid execution at public vendue, to the higheſt bidder, as ſhall be ſufficient to ſatisfy the ſame, and the charges of the ſale, after notice ſhall have been given of the time and place of ſale in manner as hereinaf-ter provided ; and in caſe the officer making the ſale, or the purchaſer or purchaſers of any ſuch ſhares or intereſt, do cauſe an atteſted copy or copies of ſuch execution, and the officer's return thereon, to be left with ſuch Clerk and Treaſurer or Caſhier, within fourteen days after the ſale is completed, and
pay

EXHIBIT 5

546

FIREARMS.—PAPER.

## CHAPTER CLXII.

### An Act to provide for the proof of Firearms.

SEC. 1. **B**E *it enacted by the Senate and House of Representatives, in Legislature assembled,* That the Governor, by and with the consent of the Council, be and he hereby is empowered to appoint suitable persons, to be provers of the barrels of all new, or unused firearms ; and it shall be the duty of each person so appointed, to prove and try the strength of the barrels of all firearms which shall be offered him for that purpose, in such manner as to satisfy himself of the strength of the same ; and shall in a permanent manner, mark and number every barrel by him so proved, and make, and deliver to the person applying to have the same proved, a certificate for each barrel proved, and found good in the form following :

I certify that on this      day of      A. D. 18      I proved for      , a musket, pistol, or rifle barrel, (as the case may be,) and which is numbered and marked as in the margin, and that the same is good and strong.

A. B. Prover of firearms.

SEC. 2. *Be it further enacted,* That each prover shall be entitled to receive from the person applying to have such barrel proved, twenty-five cents, in addition to the expense of the powder necessary for that purpose for each barrel so proved ; whether the same shall stand the proof and be marked or not.

SEC. 3. *Be it further enacted,* That if any person shall sell or offer for sale within this State, any new, or unused musket, rifle or pistol barrel, without having the same first proved, marked and certified according to the provisions of this Act, he shall forfeit for each barrel so sold, the sum of ten dollars, to be recovered by an action of debt before any Court proper to try the same ; to the use of any person who shall sue for and recover the same, or by indictment to the use of the State.

SEC. 4. *Be it further enacted,* That if any person shall falsely alter the stamp or mark or the certificate of any prover of firearms, appointed as aforesaid, and be convicted thereof before any Court proper to try the same, he shall forfeit and pay a fine of not more than one hundred dollars, nor less than twenty dollars, according to the nature and aggravation of the offence, for the use of the State.

*[Approved March* 10, 1821.]

*Marginal notes:*
- Governor to appoint provers of gun barrels.
- Barrels to be marked and certificate given.
- Prover's fees.
- Penalty for selling guns or pistols, not proved and marked.
- How recovered.
- Penalty for altering marks or certificates.