# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> IVAN JAMES, <br> KAI JAMES, <br> JOH WILLIAMS, <br> MALACHI BENJAMIN, <br> JAHKIEBO JOSEPH, and <br> ARIEL PETERSEN, <br><br> **Defendants.** | CASE NO. 2019-CR-00079 |

## UNITED STATES' MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America, by and through Delia L. Smith, United States Attorney for the District of the Virgin Islands, respectfully requests this Court grant its Motion to File Under Seal in this matter. The United States' motion will contain sensitive information that could have negative consequences if publicly filed.

Respectfully submitted,

Dated: December 1, 2023

*s/ Delia L. Smith*
DELIA L. SMITH
United States Attorney
District of the Virgin Islands
5500 Veteran's Drive, Suite 260
St. Thomas, VI 00802
Office: (340) 774-5757
Delia.Smith@usdoj.gov