IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 3:19-79 |
| | : | |
| IVAN JAMES, KAI JAMES, JOH | : | |
| WILLIAMS, MALACHI BENJAMIN, | : | |
| TILLISA CEASER, JAHKIEBO | : | |
| JOSEPH, ARIEL PETERSON | : | |

## ORDER

AND NOW, this 5th day of December 2023, upon reassignment of this matter (ECF No. 649), it is **ORDERED** we shall hold a trial status conference with lead trial counsel via telephone on **December 7, 2023** at **2:30 P.M. AST** over our conference line (Dial-in Number: 888-278-0296; Access Code: 5723096#).

KEARNEY, J.